IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

UNITED STATES OF AMERICA                                                                                    PLAINTIFF

v.                                         Case No. 1:20-cr-10003

FREDERICK RAINEY                                                                                              DEFENDANT

## ORDER

    Before the Court is a Motion to Dismiss filed by the United States of America. ECF No. 37. The United States moves the Court to dismiss the Indictment as to Frederick Rainey. Upon consideration, pursuant to Fed. R. Crim. P. 48(a), the Court finds that the motion should be and hereby is **GRANTED**. Accordingly, the Indictment is **DISMISSED**.

    **IT IS SO ORDERED**, this 2nd day of October, 2020.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge